UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| KATHERINE MILLER, on behalf of herself and other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JERRY ERWIN ASSOCIATES, LLC and AMBER GLEN, LLC,<br><br>Defendant. | Case No. 2021-cv-1043 |

**ORDER ENTERING JOINT STIPULATION TO REMAND ACTION
TO THE CIRCUIT COURT OF CHAMPAIGN COUNTY, ILLINOIS**

Before the Court is the Parties' Motion to Enter Joint Stipulation to Remand Action to the Circuit Court of Champaign County, Illinois (the "State Court").

The Court, being fully advised of the premises, hereby GRANTS the Parties' Motion, enters the Stipulation, and remands this Action to State Court, with each party to bear its own costs and fees. All pending deadlines for this matter are hereby stricken.

SO ORDERED.

Dated: October 17th, 2023

s/Colin S. Bruce
Judge