Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | |
|---|---|
| **Katherine Miller** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case Number: 21-cv-1043 |
| | ) |
| **Jerry Erwin Associates LLC, Amber Glen LLC** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED The above captioned case is remanded back to the Circuit Court Champaign County, Illinois.

**Dated: 10/17/2023**

s/ Shig Yasunaga  
Shig Yasunaga  
Clerk, U.S. District Court